**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ROSEANN SAMARO** ) ) Plaintiff, ) ) v. ) ) **CAROLYN W. COLVIN,** ) **Acting Commissioner of the Social** ) **Security Administration,** ) ) Defendant. ) ) | Case No. EDCV 14-0596 AJW **J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **reversed** and the case is **remanded** for further administrative proceedings consistent with the memorandum of decision.

May 19, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge