LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROSEANN SAMARO, ) | No.  EDCV 14 - 00596 AJW |
| ) | |
|   Plaintiff, ) | ORDER AWARDING EAJA FEES |
| ) | |
|   v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
|   Defendant. ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND 00/100 ($1,850.00) subject to the terms of the stipulation.

   August 10, 2015

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

-1-